STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN V. WADEMAN, DEFENDANT-PETITIONER, AND WILLIAM R. MACK, DEFENDANT.

*Messrs. Stein & Einhorn* for the petitioner.

*Mr. Charles M. Egan, Mr. James M. Kenihan* and *Mr. Lawrence P. Cohen* for the respondent.

February 10, 1970. Denied.

JOHN GRONDELSKI, *ET AL.*, PLAINTIFFS-PETITIONERS, v. FRANK O'BRIEN, DEFENDANT-RESPONDENT.

*Mr. John V. Burns* for the petitioners.

*Messrs. Kaplan, Feingold & Kaplan* for the respondent.

February 10, 1970. Denied.

RITA PROCACCI, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOHN D. DAYTON, DEFENDANT, AND TILLIE I. DAYTON, DEFENDANT-PETITIONER.

ROBERT T. SWARTZ, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOHN D. DAYTON, DEFENDANT, AND TILLIE I. DAYTON, DEFENDANT-PETITIONER.

*Mr. M. Allan Vogelson* for the petitioner.

*Mr. James J. Casby, Jr.* for the respondents.

February 10, 1970. Denied.